# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES J. HUDNALL, SR.,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **CIVIL ACTION 04-0289-WS-D** |
| **DR. ALYEKA, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this court.  It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice.

DONE this 5th day of January, 2006.


s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**